UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**ROBERT JOHNSON**                                              CIVIL NO. 3:14-CV-00007-JE
        **PLAINTIFF.**

v.                                                        ORDER GRANTING PLAINTIFF'S MOTION
                                                          FOR ATTORNEY'S FEES
**CAROLYN W. COLVIN**
Acting Commissioner of Social Security,
        **DEFENDANT.**

---

    Based on parties stipulated Motion for Plaintiff's Attorney's Fees, and the reasonableness of such request, it is hereby ORDERED that Plaintiff be awarded attorney's fees in the amount of $2,543.75 under the EAJA in addition to a total amount of costs of $400.00 under 28 U.S.C. § 1920. Any fees paid can be offset to satisfy any pre-existing debt that Plaintiff owes the United States, pursuant to the decision in Astrue v. Ratliff, 560 U.S. 586, 130 S.Ct. 2521 (2010).

    DATED this <u>9th</u> **day of** <u>December</u>, 2014

                    /s/ John Jelderks
                    UNITED STATES MAGISTRATE JUDGE